UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAY GREER,

           Plaintiff,

    v.

PATRICK GLEBE, LYLE MORSE, DENIS HARMON, KEN ERB, ROHRER, STELLA JENNINGS,

           Defendants.

CASE NO. C14-5657 BHS-JRC

ORDER TO FILE AN AMENDED COMPLAINT

The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR1, MJR3 and MJR4.

Plaintiff filed a motion to amend his complaint (Dkt. 5). Plaintiff did not provide a new complaint and instead asks that the Court accept additional information (Dkt. 5).

The Court has not ordered service in this action and no defendant has appeared. Fed. R. Civ. P. 15(a)(1) gives plaintiff a right to amend his pleading once as a matter of course.

1  However, the Court will not accept a complaint that is in two separate documents because it is
2  confusing to the Court and to defendants.
3  　　　The Court grants plaintiff leave to file an amended complaint.  The amended complaint
4  must be filed on or before October 17, 2014.  The amended complaint must be labeled
5  "Amended Complaint."  The document will act as a complete substitute for the original and not
6  as a supplement.
7  　　　The Clerk's Office is instructed to send plaintiff a new civil rights form for him to use in
8  drafting his amended complaint.  The Clerk's office is also instructed to remove plaintiff's
9  motion (Dkt. 5) from the calendar.
10 　　　Dated this 9th day of September, 2014.

　　　　　　　　　　　　　　　　　　　　　　/s/ J. Richard Creatura
　　　　　　　　　　　　　　　　　　　　　　J. Richard Creatura
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge