UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAY GREER,<br><br>  Plaintiff,<br><br>  v.<br><br>PATRICK GLEBE, LYLE MORSE,<br>DENIS HARMON, KEN ERB,<br>ROHRER, STELLA JENNINGS,<br><br>  Defendants. | CASE NO. 3:14-CV-05657-BHS-JRC<br><br>ORDER DENYING PLAINTIFF'S<br>MOTION FOR RECONSIDERATION |

This 42 U.S.C. § 1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Rules MJR 1, MJR 3, and MJR 4.

Before the Court is plaintiff's motion for reconsideration (Dkt. 34). Plaintiff seeks reconsideration of the Court's order dated June 22, 2015, which denied plaintiff's motion for a ninety-day extension but granted a thirty-day extension to respond to defendants' motion for judgment on the pleadings (Dkt. 28). In his motion for reconsideration, plaintiff renews his

1 previously stated arguments that he has limited access to a law library and reiterates his request
2 for a ninety-day extension (Dkt. 34). Plaintiff timely filed his response on July 6, 2015 (Dkt. 33).
3      Under Local Rule CR7(h), motions for reconsideration are disfavored and will be denied
4 absent a showing of manifest error or a showing of new facts or legal authority which could not
5 have been presented earlier with reasonable diligence.  The standard has not been met in this
6 case and plaintiff timely filed his response without a ninety-day extension.
7      Accordingly, plaintiff's motion for reconsideration is denied (Dkt. 34).
8      Dated this 30th day of July, 2015.

J. Richard Creatura
United States Magistrate Judge

ORDER DENYING PLAINTIFF'S MOTION FOR
RECONSIDERATION - 2