UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAY GREER,<br><br>    Plaintiff,<br><br>  v.<br><br>PATRICK GLEBE et al.,<br><br>    Defendants. | CASE NO. 3:14-CV-05657-BHS-JRC<br><br>ORDER DENYING MOTION TO COMPEL DISCOVERY |

  The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge, J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and Magistrate Judge Rules MJR3 and MJR4.

  On September 24, 2015 plaintiff moved to compel defendants to answer discovery requests that plaintiff sent to the Clerk of Court on June 3, 2015 and sent to defendants on August 1, 2015 and August 3, 2015.  Dkt. 39.  Plaintiff's discovery motion is untimely as the Court, on December 8, 2014, ordered the parties to complete discovery by June 5, 2015, and to serve all discovery requests by May 5, 2015 so the responding party could answer by the

1 | discovery cut-off. Dkt. 20. Plaintiff has not shown good cause for extending the discovery
2 | period. Therefore, the Court denies plaintiff's motion to compel discovery. Dkt. 39.
3 |     In addition, plaintiff attached Notices of Depositions to all six named defendants. Dkt. 39
4 | at 23, 31, 39, 47, 55. To the extent that plaintiff requests that the attached Notices of Depositions
5 | be enforced, the Court denies plaintiff's request as untimely.
6 |     Dated this 21st day of October, 2015.

_____
J. Richard Creatura
United States Magistrate Judge