UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAY GREER,

    Plaintiff,

v.

PATRICK GLEBE, et al.,

    Defendants.

CASE NO. 3:14-CV-05657-BHS-JRC

ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4.

On October 21, 2015, this Court entered an order denying plaintiff's motion to compel (Dkt. 47). Plaintiff filed an objection to the Court's order on November 12, 2015 (Dkt. 49), which the Court interprets as a motion for reconsideration. Local Rule 7(h) states that a motion for reconsideration will be filed "within fourteen days after the order to which it relates is filed." Plaintiff's motion is untimely and the Court will not consider the motion on the merits.

Dated this 25th day of November, 2015.

                              J. Richard Creatura
                              United States Magistrate Judge